THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILD HORSE PRESERVATION CAMPAIGN, et al., </br></br>Plaintiffs, </br></br>v. </br></br>KEN SALAZAR, Secretary Department of the Interior, et al., </br></br>Defendants. | ) ) ) ) ) ) ) Civ. No. 11-01352 (ABJ) ) ) ) ) ) ) |

**MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65.1, plaintiffs American Wild Horse Preservation Campaign, Western Watersheds Project, Donna Duckworth, Greg Duckworth, and Carol Walker hereby move for a temporary restraining order and preliminary injunction to halt defendants' unlawful plan to round up wild horses in the White Mountain and Little Colorado Herd Management Areas in Wyoming. As demonstrated in plaintiffs' accompanying memorandum, the decision by the Bureau of Land Management ("BLM") concerning this matter violates the National Environmental Policy Act, 42 U.S.C. § 4321 et seq., the Wild Free-Roaming Horses and Burros Act, 16 U.S.C. § 1331 et seq., and the Administrative Procedure Act, 5 U.S.C. § 706(1).

As also demonstrated, although the BLM has publicly stated that it has until December 2011 to implement its decision, it nevertheless intends to begin the unlawful round-up on or about August 16-17, and has declined plaintiffs' suggestion that it delay its action so that this case could be decided on cross-motions for summary judgment. Accordingly, plaintiffs have no

choice but to seek emergency relief, and respectfully request that the Court schedule a hearing on this matters as soon as possible, and preferably during the week of August 1-5.

In support of this motion, plaintiffs submit the accompanying memorandum of law, declarations from several plaintiffs and experts, Exhibits A - AA, and a proposed order. Counsel for plaintiffs hereby certify that they have today served all of these materials on counsel for defendants.

                                                Respectfully submitted,

                                                _/s/_____
                                                Katherine A. Meyer
                                                (D.C. Bar No. 244301)
                                                Jessica Almy
                                                (D.C. Bar No. 996921)

                                                MEYER GLITZENSTEIN & CRYSTAL
                                                1601 Connecticut Ave., N.W.
                                                Suite 700
                                                Washington, D.C.  20009
                                                (202) 588-5206

                                                Counsel for Plaintiffs

Date:   July 29, 2011