# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILD HORSE PRESERVATION CAMPAIGN, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 11-1352 (ABJ) |
| KEN SALAZAR, Secretary, Department of the Interior, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the Court lacks jurisdiction in this case because the underlying action is now moot. Accordingly, the case is dismissed with prejudice.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: August 8, 2011